AO 247 (Rev. 11/23)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Savannah Division

United States of America
v.

Jerome Singleton

)
) Case No:    4:19CR00085-1
)
) USM No:   23097-021
Date of Original Judgment:          September 26, 2019   )
Date of Previous Amended Judgment: N/A          ) Jess W. Clifton
*(Use Date of Last Amended Judgment if Any)*          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**IT IS FURTHER ORDERED** that defendant's letter filed with this Court on November 14, 2023, (doc. 33), requesting counsel to assist him in motioning the Court for a reduction is DENIED as moot.

Except as otherwise provided, all provisions of the judgment dated    September 26, 2019    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          February 26, 2024

Effective Date: _____
          *(if different from order date)*

          R. Stan Baker
          United States District Judge
          Southern District of Georgia